# United States Bankruptcy Court
## District of Minnesota

In re:

Jeffrey M Wigstrom
fdba Jeffrey Wigstrom Secuirty
and Catherine D Wigstrom
fka Catherine D Legrand
dba Catherine Wigstrom Daycare,

Chapter 13
Case No 17-32643 WJF

      Debtors

## AGREED ORDER DENYING RELIEF FROM STAY

    This case is before the court on the motion of Federal National Mortgage Association ("Fannie Mae") for relief from the automatic stay imposed by 11 U.S.C. § 362(a). Pursuant to the agreement of the parties, the Debtors are delinquent $7,530.16. Further, pursuant to the agreement of the parties:

1. The Debtors agree to pay $2,000.00 by certified funds on or before Tuesday April 17, 2018 made payable to Seterus, Inc., the servicer for Fannie Mae. The $2,000.00 certified funds payment should be sent to: Shapiro & Zielke, 12550 West Frontage Road., Suite 200, Burnsville, MN 55337.

2. The Debtors agree to pay the remaining balance of $5,530.16 directly to Seterus, Inc., in twelve stipulated payments due on the 15th of each month as follows:

   5 payments: May 15, 2018 - September 15, 2019 @ $921.69 each
   1 payment: October 15, 2018 @ $921.71

3. The Debtors agree to pay the regular monthly post-petition mortgage payment to Seterus, Inc., commencing on May 1, 2018 and all subsequent payments when due.

4. In the event that the Debtors fail to make any of the above payments as and when due, Fannie Mae may be entitled to seek relief from stay by filing and serving an affidavit of default as set forth below.

5. If a default letter becomes necessary, the movant may be entitled to ex parte relief from the automatic stay upon expiration of ten calendar days after service by U.S. Mail of an

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/17/2018*
Lori Vosejpka, Clerk, by PG

affidavit of default upon the Debtors and their attorney; and upon failure by the Debtors to cure the same. If a default letter becomes necessary, the movant will be entitled to $100.00 as compensation for attorney fees incurred for the notice.

IT IS ORDERED: The motion is denied.

Dated: *April 17, 2018*             /e/ William J. Fisher
                                                                        United States Bankruptcy Judge